HELANE L. MORRISON (State Bar No. 127752)
JAMES A. HOWELL (State Bar No. 92721)
JUDITH L. ANDERSON (State Bar No. 158187)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 01-3651 MJJ |
| Plaintiff, | |
| vs. | ADMINISTRATIVE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| MICHAEL G. SMERASKI, et al. | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("Commission") moves this Court, pursuant to Local Rules 7-11 and 11-5 for leave to permit one of its attorneys to withdraw his appearance in the action. James A. Howell has appeared for the Commission in this action. Mr. Howell has resigned from the Commission effective March 2, 2006. Helane L. Morrison and Judith L. Anderson will continue to represent the Commission in the action. A proposed order is attached.

Dated: March 1, 2007          Respectfully submitted,

                              /s/ James A. Howell
                              Helane L. Morrison
                              James A. Howell
                              Judith L. Anderson
                              Attorneys for Plaintiff
                              SECURITIES AND EXCHANGE COMMISSION

Motion to Withdraw Counsel
Civ. No. 01-3651 MJJ

1 | HELANE L. MORRISON (State Bar No. 127752)
2 | JAMES A. HOWELL (State Bar No. 92721)
  | JUDITH L. ANDERSON (State Bar No. 158187)
3 |
4 | Attorneys for Plaintiff
  | SECURITIES AND EXCHANGE COMMISSION
  | 44 Montgomery Street, Suite 2600
5 | San Francisco, California 94104
  | Telephone: (415) 705-2500
6 |
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   NORTHERN DISTRICT OF CALIFORNIA
10 |                       SAN FRANCISCO DIVISION
11 |

| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 01-3651 MJJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| MICHAEL G. SMERASKI, et al. | |
| Defendants. | |

On the motion of plaintiff Securities and Exchange Commission to allow one of its attorneys, James A. Howell, to withdraw from the action, the Court finding good cause therefore, the motion is granted:

**IT IS ORDERED** that James A. Howell may withdraw as counsel for plaintiff.

Dated: March 30, 2007

_____
UNITED STATES DISTRICT JUDGE

Order re Withdrawal of Counsel
Civ. No. 01-3651 MJJ